UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GOMEZ,<br><br>                   Petitioner,<br><br>  vs.<br><br>LARRY SMALLS, et al.,<br><br>                  Respondents. | CASE NO. 09-CV-1972W (JMA)<br><br>**ORDER:**<br><br>**1) ADOPTING REPORT AND RECOMMENDATION WITHOUT OBJECTION [DOC. 14]**<br><br>**2) DENYING RESPONDENT'S MOTION TO DISMISS [DOC. 8]** |

      On September 8, 2009, Petitioner Louis Gomez ("Petitioner"), a state prisoner proceeding *pro se*, initiated this action under 42 U.S.C. § 2254. (Doc. No. 1.) Respondents have moved to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 8.) On June 16, 2010, Magistrate Judge Jan M. Adler filed a Report and Recommendation ("Report") to deny Respondents' motion to dismiss. The Report also ordered that any objections were to be filed by July 2, 2010, and any reply filed by July 16, 2010. (Doc. No. 8 at 4:12-17.) To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(holding that 28 U.S.C.636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made,* but not otherwise")(emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Arizona 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's Report). This rule of law is well established within the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005)("Of course, de novo review of a R & R is *only* required when an objection is made to the R & R.")(emphasis added)(citing Renya-Tapia, 328 F.3d 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopted Report without review because neither party filed objections to the Report despite the opportunity to do so, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

Accordingly, the Court accepts Magistrate Judge Adler's recommendation and **ADOPTS** the Report in its entirety. (Doc. No.14.) For the reasons stated in the Report, which is incorporated herein by reference, the Court **DENIES** Respondents' motion to dismiss. (Doc. No. 8.)

**IT IS SO ORDERED**.

DATED: July 7, 2010

_____
Hon. Thomas J. Whelan
United States District Judge